| | | |
|---|---|---|
| CRAIG WHITE<br>1031 Erwin Drive<br>Joppa, Maryland 21085 | *<br><br>* | IN THE<br><br>CIRCUIT COURT |
| Plaintiff | * | FOR |
| v. | * | BALTIMORE CITY |
| THE HOME DEPOT<br>995 Pulaski Highway<br>Baltimore, Maryland 21220<br>SERVE: HOME DEPOT U.S.A., INC.<br>2455 Paces Ferry Road, SE<br>Atlanta, Georgia 30339-4024<br><br>Defendant | *<br><br>*<br><br>*<br><br>*<br><br>* | CASE NO.: 24-C-08-002092 OT |

\* \* \* \* \* \* \* \* \* \* \* \*

## COMPLAINT AND REQUEST FOR JURY TRIAL

The Plaintiff, Craig White, by and through his attorneys, Patrick M. Wysong and Albertini & Darby, LLP, sues the Defendant, The Home Depot, and for causes of action states as follows:

### INTRODUCTION

1. The Plaintiff, Craig White, was at all pertinent times herein, an adult resident and citizen of the State of Maryland.

2. The Defendant, The Home Depot, was at all time pertinent herein, a corporation operating in the State of Maryland.

3. Jurisdiction and venue are proper in this Court as the cause of action arose in Baltimore City, Maryland. Furthermore, jurisdiction and venue are proper in this Court as the Defendant, The Home Depot, at all pertinent times herein, was engaged in and carried on regular business in Baltimore City, Maryland.

## COUNT I
(Craig White v. The Home Depot - Negligence)

1. The Plaintiff, Craig White, adopts by reference all the facts and allegations set forth in the Introduction above.

2. On or about October 31, 2005, at approximately 6:00 p.m., the Plaintiff, Craig White, while exercising due care for his own safety and without contributory negligence, was working and unloading merchandise from a tractor trailer that was located on the premises of The Home Depot, 6313 Eastern Avenue, Baltimore, Maryland 21224.

3. At the above-noted date, time and location, an unknown agent, servant and/or employee of the Defendant, The Home Depot, was unloading merchandise by operating a forklift inside the tractor trailer in question. Suddenly and without warning that individual lost control of the forklift that he was operating and violently struck the Plaintiff by running over his right foot.

4. The unknown agent, servant and/or employee of the Defendant, The Home Depot, had a duty to the Plaintiff, Craig White, to maintain control of the forklift that he was operating, to operate the forklift at a safe speed and to keep a proper lookout and to avoid striking the Plaintiff.

5. The unknown agent, servant and/or employee of the Defendant, The Home Depot, failed in all of the duties described above, and as a direct and proximate result, struck and injured the Plaintiff, Craig White, with the forklift that he was operating.

6. As a direct and proximate result of the negligence of the unknown agent, servant and/or employee of the Defendant, The Home Depot, Defendant, the Plaintiff, Craig White, sustained severe injuries, including but not limited to injuries to his right foot, which have

caused and will continue to cause him extreme pain, mental anguish, and permanent disability.

7. As a direct and proximate result of the negligence of the unknown agent, servant and/or employee of the Defendant, The Home Depot, the Plaintiff, Craig White, has incurred substantial medical expenses.

8. As a direct and proximate result of the negligence of the unknown agent, servant and/or employee of the Defendant, The Home Depot, the Plaintiff, Craig White, has lost and will lose in the future, employment wages.

9. As a direct and proximate result of the negligence of the unknown agent, servant and/or employee of the Defendant, The Home Depot, Defendant, the Plaintiff, Craig White, has been, and in the future will be, precluded from carrying out his daily normal and recreational activities.

WHEREFORE, the Plaintiff, Craig White, demands judgment against Defendant, The Home Depot, in the amount of Two Hundred Thousand Dollars ($200,000.00) in compensatory damages, plus interest and the costs of these proceedings.

Respectfully submitted,

ALBERTINI & DARBY, LLP

Patrick M. Wysong
3201 N. Charles Street, Suite 1A
Baltimore, Maryland 21218
(410) 243-9400
Attorneys for the Plaintiff

## DEMAND FOR JURY TRIAL

The Plaintiff, Craig White, respectfully requests a trial by jury on all issues presented herein.

_____
Patrick M. Wysong